# Third District Court of Appeal

## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0286
Lower Tribunal No. F00-40803
_____


**Gregory Chatfield,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Gregory Chatfield, in proper person.

Ashley Moody, Attorney General, for appellee.


Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.